UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

MARIA HOGUE, on her own behalf and others
similarly situated,

                Plaintiff,

-vs-                                                          Case No. 2:10-cv-195-FtM-36SPC

GYARMATHY & ASSOCIATES, INC., a Florida
Profit Corporation,

                Defendant.
_____

**ORDER**

This matter comes before the Court on the Plaintiff Maria Hogue's Motion for Enlargement of Time to File Answers to Plaintiff's Court's Interrogatories (Doc. #16) filed on June 21, 2010. District courts have broad discretion in managing their cases. Chrysler Int'l Corp. v. Chenaly, 280 F.3d 1358, 1360 (11th Cir. 2002). The broad discretion given to the court includes the management of pretrial activities such as discovery and scheduling. Id. (citing Johnson v. Bd. of Regents of Univ. Georgia, 263 F.3d 1234, 1269 (11th Cir. 2001).

Pursuant to Local Rule 3.01(g), the Plaintiff conferred with the Defense Counsel who represents that the Motion is unopposed. Thus, the Court will allow a one week extension of time for the Plaintiff to file her answers to the Court's Interrogatories.

Accordingly, it is now

**ORDERED:**

The Plaintiff Maria Hogue's Motion for Enlargement of Time to File Answers to Plaintiff's Court's Interrogatories (Doc. #16) is **GRANTED**. The Plaintiff has up to and including **June 28, 2010**, to file her answers to the Court's interrogatories.

**DONE AND ORDERED** at Fort Myers, Florida, this __23rd__ day of June, 2010.

SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE

Copies: All Parties of Record